UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

TOBY GLICK,

                                Plaintiff,                           Docket No: 1:17-cv-03433-FB-RER

        - against -

CLIENT SERVICES, INC.,

                                Defendants.

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby

stipulate to the Plaintiff's dismissal of her claims against Defendant CLIENT SERVICES, INC. in

the above-captioned matter, with prejudice.  A proposed Order of Dismissal is annexed hereto as

Exhibit A.

Dated:          March 9, 2018

MARCUS & ZELMAN, LLC              MARSHALL DENNEHY WARNER COLEMAN
*Attorneys for Plaintiff*          & GOOGIN
                                   *Attorneys for Defendant*

By: /s/ Ari Marcus___
        Ari Marcus, Esq.            By: /s/ Joseph Adam Hess
1500 Allaire Avenue, Suite 101          Joseph Adam Hess, Esq.
Ocean, New Jersey 07712            88 Pine Street, 21st Floor
Tel: (732) 695-3282                New York, NY 10005
Email: Ari@marcuszelman.com        Tel: (21) 376-6438
                                   Email: jahess@mdwcg.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOBY GLICK,<br><br>                Plaintiff,<br><br>    - against -<br><br>CLIENT SERVICES, INC.,<br><br>                Defendants. | Docket No: 1:17-cv-03433-FB-RER |

## **DISMISSAL ORDER**

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' March 21, 2018 Stipulation of Dismissal, all claims asserted

in Civil Action No: 1:17-cv-03433-FB-RER, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS _____ day of _____, 2018.**

_____
HONORABLE FREDERICK BLOCK
UNITED STATES DISTRICT JUDGE